AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 11720149

RECEIVED
By USMS District of Columbia District Court at 4:13 pm, Sep 24, 2024

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00305 |
| Christopher Sean Madison | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 9/24/2024 |
| | ) Description: COMPLAINT W/ARREST WARRAN |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christopher Sean Madison

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly & Disruptive Conduct in Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(C) - Entering or Remaining in Certain Rooms in a Capitol Building;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating or Picketing in a Capitol Building.

Date: 09/24/2024



*Issuing officer's signature*

City and state: Washington, D.C.     Magistrate Judge Zia M. Faruqui
*Printed name and title*

---

**Return**

This warrant was received on (date) 9/24/24 , and the person was arrested on (date) 9/30/24
at (city and state) Lakeland, Florida

Date: 9/30/24

*Arresting officer's signature*

SA Nathan D. Stark
*Printed name and title*