UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | Case No.: 1:24-CR-440 (CKK) |
| **CHRISTOPHER SEAN MADISON,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its undersigned counsel, and joined by defendant Christopher Sean Madison ("the defendant"), requests that the status conference currently scheduled for November 21, 2024, be continued until December 18, 2024 at 1:00 p.m.,[1] and that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161. In support of this request, the parties submit as follows:

1. On September 24, 2024, the defendant was charged by Criminal Complaint, and arrested on September 30, 2024 in Lakeland, Florida. *See* ECF No. 7.

2. On September 27, 2024, the defendant was charged by information. *See* ECF No. 5.

3. On October 17, 2024, the defendant appeared before United States Magistrate Judge Moxila A. Upadhyaya. *See* ECF No. 12. The Government requested an exclusion of time under the Speedy Trial Act until November 21, 2024 for reasons set forth in open court. *See* ECF Entry dated 10/17/2024. The Court granted this request and excluded time from June 22, 2024 until November 21, 2024 in the interests of justice. *Id.*

---

[1] Alternatively, the parties request the status conference be set at such date and time as the court may determine.

4.  On November 6, 2024, the defendant was arraigned before United States Magistrate Judge Moxila A. Upadhyaya. *See* ECF Entry dated 11/06/2024.

5.  The Government has provided both case-specific and global discovery to defense counsel and continues to endeavor to provide additional discovery. Further, the parties ask for an additional 30 days to work toward a resolution in this matter. In addition, defense counsel is presently involved in trial that will conflict with the present setting for the Status Conference in this case.

6.  Accordingly, the parties now jointly move this Court to continue the status conference, currently scheduled for November 21, 2024, to December 18, 2024. Such a continuance will permit the Government time to complete production of voluminous discovery and allow Defense Counsel additional time to review discovery and to consider the plea offer.

7.  The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the continued status conference in this matter. The parties submit that a continuance is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

WHEREFORE, the parties request that this Court continue the Status Conference currently scheduled for November 21, 2024, to December 18, 2024. The parties further request that the Court toll time under the Speedy Trial Act until the new hearing date.

Date:   November 18, 2024

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar Number 481052

By:         /s/
CYTHERIA D. JERNIGAN
DC Bar No. 494742
Assistant U.S. Attorney, WDLA
Detailed to the U.S. Attorney's Office
for the District of Columbia
601 D. Street, N.W.
Washington, D.C. 20530
(318) 676-3611 (v)
(318) 676-3663 (f)
Cytheria.Jernigan@usdoj.gov


*/s/ Steven Kiersh*
Steven Roy Kiersh
LAW OFFICE OF STEVEN R. KIERSH
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
skiersh@aol.com

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 1:24-CR-440 (CKK) |
| CHRISTOPHER SEAN MADISON, : | |
| : | |
| Defendant. : | |

**ORDER**

Before the Court is a Joint Motion to Continue. For the reasons set forth therein, it is hereby ORDERED that the current status hearing set for November 21, 2024 be continued to December 18, 2023 at 1:00 p.m.; and it is further,

ORDERED that the time between November 21, 2024 and December 18, 2028 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in pretrial negotiations.

Date: _____

HON. COLLEEN KOLLAR-KOTELLY
United States District Judge